IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TORY LEE MILLER | § | |
| VS. | § | CIVIL ACTION NO. 6:05cv335 |
| ATHENS POLICE DEPT., ET AL. | § | |

ORDER OF ADMINISTRATIVE CLOSING

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the cause of action is administratively closed. The Plaintiff may ask to have the cause of action returned to the active docket after all criminal proceedings are completed, including any appeals in the criminal proceedings.

**SIGNED** this 28th day of March, 2006.

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE