IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TORY LEE MILLER | § | |
| V. | § | CIVIL ACTION NO. 6:05CV335 |
| ATHENS POLICE DEPART., ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains her findings of fact and recommendations for the disposition of such action, has been presented for consideration. It appearing that a copy of such Report was sent to the last known address of the Plaintiff by certified mail, return receipt requested; accordingly, such proposed findings and recommendations will be considered, since no objections have been forthcoming from the Plaintiff.

After careful deliberation concerning such proposed findings and recommendations, it is determined that they are correct and should be adopted by the Court. It is therefore,

**ORDERED** that such matter shall be, and it is hereby, **DISMISSED** without prejudice. All motions not previously ruled on by either party are hereby **DENIED**.

**SIGNED this 16th day of April, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE